Exhibit A to the Complaint

**Location:** South Plainfield, NJ  **IP Address:** 73.226.141.153
**Total Works Infringed:** 26  **ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 3BF616A8556DA6801124C26EA864439649D28569 | 08/09/2025 04:05:14 | Vixen | 08/17/2018 | 09/01/2018 | PA0002119582 |
| 2 | EC432D8D71F5AB0CE83147F50B0873710BD1EC03 | 08/09/2025 03:52:12 | Blacked Raw | 09/09/2019 | 10/01/2019 | PA0002217358 |
| 3 | B20991EE471102752AA07BA8865EF23009B0E5E9 | 08/09/2025 03:50:21 | Blacked | 02/10/2024 | 03/11/2024 | PA0002459130 |
| 4 | 3F270D99BA6AD25ECA5DA3F1A19E9EE0BD1A3B75 | 08/09/2025 03:50:10 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 5 | 48FC851FEDE158FA68466F2C2EC15D57A24CE18A | 08/09/2025 03:47:13 | Blacked Raw | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 6 | BEF0D2E7B96DDC060FA0F61AB59A5985525115B5 | 08/09/2025 03:45:31 | Vixen | 07/31/2020 | 08/11/2020 | PA0002252260 |
| 7 | 6AECD64092F17E9085560DDF13411F5C617EA4B6 | 08/09/2025 03:37:28 | Tushy | 11/28/2021 | 02/14/2022 | PA0002335497 |
| 8 | 75A353D79EC4B06347D0AD1935D3F3D242B8A70C | 08/09/2025 03:33:26 | Vixen | 12/25/2019 | 01/03/2020 | PA0002219640 |
| 9 | 1B02C5FD0BD43D66CA7F1862752B7D33093B13BA | 08/09/2025 03:31:18 | Blacked | 12/31/2019 | 01/27/2020 | PA0002223957 |
| 10 | 3E087C247ADAF7F82524E618864218570F120DEC | 07/06/2025 15:24:03 | Blacked | 01/20/2020 | 02/04/2020 | PA0002225586 |
| 11 | F022BFA3ABEF7094C6F6F822F7E84CA74F8D78C5 | 07/06/2025 15:23:39 | Blacked | 01/25/2020 | 02/20/2020 | PA0002229054 |
| 12 | 0ce9ba50e65017394baebb712c8f57d69b5f3dbf | 06/23/2025 22:20:39 | Blacked | 08/15/2020 | 09/05/2020 | PA0002255476 |
| 13 | 1AC92CC762C1D88EFBDD43C7DE2B641EAA271484 | 06/23/2025 22:14:37 | Blacked | 08/01/2020 | 08/11/2020 | PA0002252255 |
| 14 | 8CA08828C25D05145AA69C51BFCD2891F9CE7066 | 06/23/2025 22:14:13 | Blacked | 08/29/2020 | 09/05/2020 | PA0002255478 |
| 15 | DDB0BF17C197427DD020F7C5BA375F9AC56966E6 | 06/11/2025 20:46:13 | Blacked | 11/29/2024 | 12/13/2024 | PA0002506313 |
| 16 | BB501DBF164D6D60249181DDAFFC68B615615462 | 06/11/2025 20:41:27 | Blacked | 03/14/2025 | 03/25/2025 | PA0002521742 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 90AC10449AFFDE8CBFE6FE592B4D7E8ECAAA8E7F | 06/11/2025 20:40:49 | Blacked | 02/02/2025 | 02/18/2025 | PA0002516037 |
| 18 | 5A66B14EC1FEE8F55BA9414BF263AECF26BC5E61 | 06/11/2025 20:40:24 | Blacked | 06/17/2024 | 07/15/2024 | PA0002480615 |
| 19 | 8E8A4256DA94B7FD49590C61E04EA6A7251C9D89 | 06/11/2025 20:40:01 | Blacked | 01/28/2025 | 02/18/2025 | PA0002516044 |
| 20 | 6E307A8B0A47D54F90BDF98237CC4DE81AECE9FB | 06/11/2025 20:38:40 | Tushy | 07/26/2020 | 08/31/2020 | PA0002265634 |
| 21 | 5420DEF2051E8D34A82C47C0692CF130FA3A693D | 06/11/2025 20:37:07 | Blacked | 12/14/2024 | 01/15/2025 | PA0002509267 |
| 22 | 42760C789DF05E530C33EE99321EA23F020F1E44 | 06/11/2025 20:35:38 | Blacked | 10/05/2024 | 10/16/2024 | PA0002494696 |
| 23 | 307C8CF35E5FA67A4A75F9B4ACD9025F7AE88BF7 | 06/11/2025 20:34:03 | Blacked | 01/13/2025 | 01/15/2025 | PA0002509290 |
| 24 | 31175BFB91DC53411BD95C7CBAD2C53EF8514481 | 06/11/2025 20:33:44 | Tushy | 08/18/2024 | 09/18/2024 | PA0002490454 |
| 25 | 2D8479FAA98AA2B259AB7AE75229FDD6B303CA2A | 06/11/2025 20:32:46 | Vixen | 11/22/2024 | 12/13/2024 | PA0002506262 |
| 26 | 08B978D966A64404C5B9185001619BCFE4B75BA7 | 06/11/2025 20:30:17 | Blacked | 04/23/2025 | 05/20/2025 | PA0002531776 |